JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS BROWN, an individual, and MY FISH STOP LLC, a California Limited Liability Company, | Case No.: 2:25-cv-02300-SVW-JC |
| Plaintiffs, | *Judge: Hon. Stephen V. Wilson* |
| vs. | *Magistrate Judge: Hon. Jacqueline Chooljian* |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive, | **[PROPOSED] ORDER OF DISMISSAL** |
| Defendants, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: March 25, 2026          By:_____

Hon.
*Stephen V. Wilson*
United States District Judge
Central District of California

[PROPOSED] ORDER OF DISMISSAL